UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JOHN CERNY, | ) |
| | ) No. 3:20-cv-00814-DRL-MGG |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| NORFOLK SOUTHERN | ) |
| A Virginia corporation, | ) |
| | ) |
| Defendant. | ) |

**STIPULATED MOTION TO DISMISS WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between the parties to the above-entitled action, acting through their respective attorneys, that said action be dismissed with prejudice, without cost to either party, all costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.

| | |
|---|---|
| */s/ David L. Farnbauch* | /s/ *Tyler L. Jones* |
| David L. Farnbauch #11187-45 | David A. Locke, Atty No. 18759-53 |
| Sweeney Law Firm | Tyler L. Jones, Atty. No. 34656-29 |
| 8109 Lima Road | STUART & BRANIGIN LLP |
| Fort Wayne, IN 46818 | 300 Main Street, Suite 900 |
| (260) 420-3137 | P.O. Box 1010 |
| dlf@sweeneylawfirm.com | Lafayette, IN 47902-1010 |
| | Email: dal@stuartlaw.com |
| /s/*John D. Magnuson* | tlj@stuartlaw.com |
| John D. Magnuson | Telephone: 765.423.1561 |
| Michael P. McReynolds | ***Attorneys for Norfolk Southern*** |
| Steven K. McCarney | |
| Yaeger & Jungbauer Barristers, PLC | |
| 4601 Weston Woods Way | |
| St. Paul MN 55127 | |
| (651) 288-9500 – telephone | |
| (651) 288-0227 – facsimile | |
| jmagnuson@yjblaw.com | |
| mmcreynolds@yjblaw.com | |

1

smccarney@yjblaw.com

**Attorneys for Plaintiff**